United States District Court
for the Southern District of Ohio
Western Division at Cincinnati

Miriam Fruhling, et al.,

        Plaintiff(s),                                  Case No. 1:22-cv-451

    v.                                                 Judge Douglas R. Cole

Kia Motors America, Inc., et al.,

        Defendant(s).

## NOTICE OF DEFICIENCY

August 8, 2022

The Court's docket reflects the filing of a motion for leave to appear *pro hac vice* in this case **(ECF #2).** S.D. Ohio Civ. R. 83.3(e) governs motions for leave to appear *pro hac vice* and states in part:

> "Any attorney seeking this type of admission must do so by: (i) filing a motion for admission…in each case in which the attorney wishes to appear, with the motion signed by a permanent member of the bar; (ii) providing a certificate of good standing from the highest Court of a State or the District of Columbia that has been issued not more than six months prior to the date of the motion; and (iii) remitting any applicable admission fee."

The motion does not comply with Local Rule 83.3 for the following reason(s):

☐    The motion is not signed by a permanent member of the bar of this Court.

☐    The motion is not accompanied by the required filing fee.

☒    The motion does not contain the required certificate of good standing.
        ☐  The certificate is not from the highest court of a State or the District of Columbia.
        ☒  The certificate was issued more than six months ago.

☐    Other:

Please resubmit the motion or a proper certificate of good standing **within 14 days**.